William H. Grignon (California Bar No. 228756)
wgrignon@kirkland.com
KIRKLAND & ELLIS LLP
777 South Figueroa Street, Suite 3400
Los Angeles, CA 90017
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Jeffery S. Norman *(pro hac vice)*
jnorman@kirkland.com
G. Courtney Holohan *(pro hac vice)*
cholohan@kirkland.com
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

Attorneys for Plaintiff
Physicians Formula Cosmetics, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYSICIANS FORMULA COSMETICS, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> PHYSICIAN FORMULAS, a California corporation and INTEGRITY HEALTH MARKETING, <br><br> Defendants. | Case No. SACV-07-00513-CJC(MLGx) <br><br> **ORDER APPROVING AGREED PROTECTIVE ORDER** |

1    Upon consideration of the Agreed Protective Order and the Agreed Motion for

2  Entry of Protective Order, good cause having been shown, **IT IS HEREBY**

3  **ORDERED THAT** the Agreed Protective Order and the attached Exhibit A and

4  Exhibit B shall govern the handling of all Confidential and Highly Confidential

5  materials in this action.

6

7    SIGNED this 30th day of January, 2008.

8

9

10

11  Cormac J. Carney
    United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

K&E 12394342.1